# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-0132
Lower Tribunal No. 21-CC-2655

_____

VANESSA MIKES,

Appellant,

v.

HOUSING AUTHORITY of the CITY OF FORT MYERS,

Appellee.

_____

Appeal from the County Court for Lee County.
Josephine Gagliardi, Judge.

April 17, 2025

PER CURIAM.

    AFFIRMED.

STARGEL and SMITH, JJ., concur.
NARDELLA, J., dissents, with opinion.

_____

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED

_____

NARDELLA, J., dissenting, with opinion.

Vanessa Mikes ("Mikes") appeals from a final judgment of eviction entered in favor of the Housing Authority of the City of Fort Myers ("Housing Authority"). Because I find the trial court erred in concluding that the Housing Authority provided Mikes with a written warning under section 83.56(2)(a), Florida Statutes (2021), I would reverse and remand for further proceedings.

———————————————

Michelle Trunkett, of Florida Rural Legal Services, Inc., Fort Myers, for Appellant.

Alexander L. Brockmeyer and Stephen M. Smith, of Boyle, Leonard & Anderson, P.A., Fort Myers, for Appellee.